|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| RONALD J. ALLISON,<br><br>    Plaintiff<br><br>    v.<br><br>STEIN FORENSICS UNITED & STAFF, *et al.*,<br><br>    Defendants | Case No.  2:21-cv-01683-GMN-BNW<br><br>**ORDER** |

## I.  DISCUSSION

On September 1, 2021, Plaintiff, an inmate currently located at Southern Nevada Adult Mental Health Services, submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1).  Plaintiff has not submitted a complaint in compliance with Local Special Rule 2-1 or an application to proceed *in forma pauperis* or paid the full $402 filing fee in this matter.

### Complaint

The Court notes that Plaintiff's document at ECF No. 1-1 does not comply with Local Special Rule 2-1 ("LSR 2-1").  Under LSR 2-1, a civil rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by the court <u>or must be legible and contain substantially all the information called for by the court's form</u>.  As such, the Court grants Plaintiff a **one-time** extension until on or before **November 15, 2021** to submit complaint to the Court in compliance with LSR 2-1.  The Court will also provide Plaintiff a copy of the Court's § 1983 complaint form with instructions.

### Application to Proceed *in Forma Pauperis*

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the

1 inmate must submit <u>all three</u> of the following documents to the Court:

2     (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

3     Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

4     page 3),

5     (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

6     official (i.e. page 4 of this Court's approved form), and

7     (3) a copy of the **inmate's prison or jail trust fund account statement for the**

8     **previous six-month period**.

9     The Court will grant Plaintiff a **one-time** extension to file a fully complete

10 application to proceed *in forma pauperis* containing all three of the required documents,

11 or in the alternative, pay the full $402 filing fee for this action on or before **November 15,**

12 **2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of

13 time. If Plaintiff does not file a fully complete application to proceed *in forma pauperis*

14 with all three required documents or pay the full $402 filing fee on or before **November**

15 **15, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new

16 case with the Court when Plaintiff has all three of the documents needed to file a fully

17 complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

18     A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

19 case with the Court, under a new case number, when Plaintiff has all three documents

20 needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff

21 may choose not to file an application to proceed *in forma pauperis* and instead pay the

22 full filing fee of $402 on or before **November 2, 2021** to proceed with this case.

23 **II.   CONCLUSION**

24     For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send to

25 Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a

26 copy of his original document at ECF No. 1-1.

27     IT IS FURTHER ORDERD that Plaintiff will have until on or before **November 15,**

28 **2021** to submit complaint to the Court in compliance with LSR 2-1.

1   IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint in compliance with LSR 2-1 on or before **November 15, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint in compliance with LSR 2-1.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **November 15, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **November 15, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

DATED: September 16, 2021

_____
Brenda Weksler
United States Magistrate Judge